1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-01024 SBA |
|---|---|
| Plaintiff, | ) (Oakland Venue) |
| v. | ) **ORDER TERMINATING SUPERVISED RELEASE** |
| ANTHONY STEVEN LONG, | ) |
| Defendant. | ) |

Pursuant to 18 U.S.C. § 3583(e)(1), and for good cause, it is hereby ordered that Defendant Anthony Steven Long's unopposed Motion is granted and his supervised release is terminated.

DATED: 10/29/12

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge